**Order entered February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

### HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

### V.

### PATRICK DAUGHERTY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

The Court has reviewed the seven volume sealed clerk's record and two volume unsealed clerk's record filed on January 20, 2015. Volumes two and three of the sealed clerk's record include documents that are not designated as having been filed under seal in the trial court. We **ORDER** the appellant Highland Capital Management, L.P. to advise the Court **within five (5) days of the date of this order** whether the documents included in volumes two and three of the sealed clerk's record were filed under seal in the clerk's record.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE